### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 1:24-CR-275 |
| **STEVEN STAMBAUGH,** | : | (JUDGE MANNION) |
| Defendant | : | |

### O R D E R

The Court conducted a telephonic Status Conference on August 14, 2025 and the following schedule will be followed:

1. Jury Selection and Trial have been rescheduled to **Monday, November 3, 2025 at 9:30 a.m.** in the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania in a Courtroom to be determined. The court, for the reasons advanced by the parties, finds the interests of justice will be served by affording the defendant a continuance. Further, the court finds that the denial of the request for continuance would likely result in a miscarriage of justice. 18 U.S.C. §3161(h)(7).

2. Proposed requests to charge, with an indication of whether opposing counsel concurs or objects to each proposed charge, and a joint

proposed verdict slip shall be submitted to the Court on or before **October 24, 2025**.

3. If the parties decide that they would be utilizing the JERS System at trial and during jury deliberations, they shall provide the court with a thumb drive containing their exhibits on or before **October 29, 2025**. The thumb drive shall be formatted as follows: Documents and Images: .pdf, .txt, .jpg, .bmp, .tif, .gif, .png; Video and Audio Recordings: .avi, .asf, .mpg, .mp3, .mp4, .wav, .wmv, .3gpp and in accordance with the "Exhibit Formatting Instructions for Batch Importing", which can be found on the court's web-site. The thumb drive shall be provided to Chambers located at the William J. Nealon Federal Bldg. & United States Courthouse, 235 N. Washington Ave., Scranton, PA   18501.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 14, 2025**
24-275-08